# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA MARIE RAM, | Case No. 1:17-cv-00561-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | **(Doc. 2)** |
| Defendant. | |
| _____/ | |

Plaintiff Tina Marie Ram filed a complaint on April 20, 2017, (Doc. 1), along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (the "Application"), (Doc. 2). Plaintiff's Application demonstrates entitlement to proceed without prepayment of fees. (*See id.*)

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's Application, (Doc. 2), is GRANTED;

2.  The Clerk of Court is DIRECTED to issue a summons; and

3.  The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this Order upon Defendant as directed by Plaintiff.

IT IS SO ORDERED.

Dated:  __**April 24, 2017**__                    ___/s/ *Sheila K. Oberto*___
                                                                UNITED STATES MAGISTRATE JUDGE